GEORGE K. CLARK, *Appellee*, v. THE OTTO WEISS ALFALFA STOCK FOOD COMPANY, *Appellant*.

No. 17,586.

Appeal from Sedgwick district court. Opinion filed April 6, 1912. Affirmed.

*S. B. Amidon*, *D. M. Dale*, and *Jean Madalene*, for the appellant.

*John W. Adams*, and *George W. Adams*, for the appellee.

*Per Curiam:* It was conceded at the oral presentation that the assignments of error upon which the decision depends call for a reconsideration of various questions decided adversely to the appellant in the case of *Caspar v. Lewin*, 82 Kan. 604, 109 Pac. 657. After such reconsideration the court adheres to the

rules of law stated in the syllabus of the case cited. Those rules were properly applied by the district court in all the matters complained of and its judgment is affirmed.